E-FILED
Monday, 02 October, 2006 03:41:25 PM
Clerk, U.S. District Court, ILCD
E-FILED
Wednesday, 13 September, 2006 10:36:29 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**FILED**

OCT 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTHA J. FRITCHER, as Administrator of the Estate of Lucas Anthony Fritcher, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| 5. | ) No. 04-1038 |
| HEALTH CARE SERVICE CORPORATION, a corporation, and GENTIVA HEALTH SERVICES, INC. | ) ) ) ) ) |
| Defendant. | ) |

### AGREED DISMISSAL ORDER

This cause is before the Court on the parties' Stipulation on Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court finds that Martha J. Fritcher is an adequate representative of the Estate of Lucas Anthony Fritcher and all those who may benefit therefrom, such that the appointment of a guardian *ad litem* is not required herein. Upon stipulation of the parties, it is hereby ordered that this action is dismissed with prejudice, with each party to bear its or her respective costs and attorney fees.

IT IS SO ORDERED.

Dated: 10/02/06          s/ Michael M. Mihm
                              Judge

PREPARED BY:

| | |
|---|---|
| JOSEPH W. PHEBUS<br>PHEBUS & KOESTER<br>136 West Main Street<br>P.O. Box 1008<br>Urbana, IL 61803-1008<br>Telephone: (217) 337-1400<br>Facsimile: (217) 337-1607<br>jwphebus@phebuslaw.com | JOHN E. THIES<br>WEBBER & THIES, P.C.<br>202 Lincoln Square<br>P.O. Box 189<br>Urbana, IL 61803-0189<br>Telephone: (217) 367-1126<br>Facsimile: (217) 367-3752<br>jthies@webberthies.com |
| IRVING B. LEVINSON<br>BELL, BOYD & LLOYD LLC<br>70 West Madison Street<br>Chicago, IL 60602<br>Telephone: (312) 807-4446<br>Facsimile: (217) 827-8120<br>ilevinson@bellboyd.com | GREGORY S. BELL<br>HASSELBERG, ROCK, BELL & KUPPLER LLP<br>Suite 200, Associated Bank Building<br>4600 N. Brandywine Drive<br>Peoria, IL 61614-5591<br>Telephone: (309) 688-9400<br>Facsimile: (309) 688-9430<br>gbell@hrbklaw.com |